RECEIVED

SEP - 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| JOHN P. ANDERSON AND EARLLEN ANDERSON | * | CIVIL ACTION NO. 04-1823 |
| VERSUS | * | JUDGE JAMES |
| CITY OF BASTROP, CLARENCE HAWKINS AND JAMES H. BOYD | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment herein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss filed by defendants, the City of Bastrop, Clarence Hawkins and James H. Boyd, (Document No. 13) be **GRANTED**, and plaintiffs' claims be dismissed without prejudice for lack of subject matter jurisdiction.

THUS DONE AND SIGNED this 4 day of September, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION